168 A.3d 21

## In the MATTER OF the PETITION FOR REINSTATEMENT OF Tiffany T. ALSTON to the Bar of Maryland

Misc. Docket AG No. 77, Sept. Term, 2016

Court of Appeals of Maryland.

August 24, 2017

Argued by Timothy F. Maloney (Greenbelt, MD), for Petitioner.

Argued by Lydia E. Lawless, Assistant Bar Counsel (Raymond A. Hein, Acting Bar Counsel, Attorney Grievance Commission of Maryland), for Respondent.

Argued before Barbera, C.J., Greene, Adkins, McDonald, Watts, Hotten, Alan M. Wilner * (Senior Judge, specially assigned), JJ.

## ORDER

The Court having considered the petition for reinstatement filed by Tiffany T. Alston and the response filed thereto by Bar Counsel, and oral arguments having been held before the Court with additional memorandum in support of petition thereafter having been filed thereto, in the above entitled case, it is this 24th day of August, 2017

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the petition be, and it is hereby, DENIED.

---

* Judge Wilner considered this matter in place of Judge Getty.